# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARRAY TECHNOLOGIES, INC.,

    Plaintiff,

v.

COLIN MITCHELL, *et al*.

    Defendants.

No. 1:17-cv-00087-SCY-LF

## CERTIFICATION IN SUPPORT OF ASSOCIATION WITH OUT-OF-DISTRICT COUNSEL UNDER L.R.-CIV. 83.3

Defendants' local counsel, Peifer, Hanson & Mullins, P.A. (Robert E. Hanson and Walker Boyd), in support of their association with out-of-district attorneys with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP and in accordance with D.N.M. LR-Civ. 83.3, hereby certify the following:

(1)    Andrew G. Fiorella is a member in good standing of the Bar of the State of Ohio;

(2)    Nicholas J. Secco and Trevor J. Illes are members in good standing of the Bar of the State of Illinois;

(3)    Mssrs. Fiorella, Secco, and Illes will practice in this case in accordance with D.N.M.LR-Civ. 83.2; and

(4)    Local counsel will sign Defendants' first pleading, accept service, and continue in this action unless another member of the New Mexico Federal District Court bar member is substituted.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Robert Hanson*
    Robert E. Hanson
    Walker Boyd
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email:  rhanson@peiferlaw.com
        wboyd@peiferlaw.com

-and-

Andrew G. Fiorella (*pro hac vice* pending)
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Sq., Ste. 2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588
Email:  AFiorella@beneschlaw.com

-and-

Nicholas J. Secco (*pro hac vice* pending)
Trevor J. Illes (*pro hac vice* pending)
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
333 West Wacker Dr., Ste. 1900
Chicago, IL 60606
Tel: (312) 212-4949
Fax: (312) 767-9192
Email:  NSecco@beneschlaw.com
        TIlles@beneschlaw.com

*Attorneys for Defendants*

```
```

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2017, the foregoing Certification was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David F. Cunningham
Daniel H. April
THOMPSON, HICKEY, CUNNINGHAM,
  CLOW, APRIL & DOLAN, P.A.
460 St. Michael's Dr., Ste. 1000
Santa Fe, NM 87505
Tel: (505) 988-2900
Fax: (505) 988-2901
Email: dfc@catchlaw.com
       dan_april@catchlaw.com

-and-

Jeffrey Sinek (*pro hac vice* pending)
Tanya L. Greene (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA  90071
Tel: (213) 680-8400
Fax: (213) 680-8500
Email: jeff.sinek@kirkland.com
       tanya.greene@kirkland.com

*Attorneys for Plaintiff Array Technologies, Inc.*


PEIFER, HANSON & MULLINS, P.A.


By: */s/ Robert Hanson*
       Robert Hanson