**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARRAY TECHNOLOGIES, INC.,

Plaintiff,

v.

COLIN MITCHELL, *et al*.

Defendants.

Civil Action No. 1:17-cv-00087-JAP-LF

**DEFENDANTS' MOTION TO DISMISS COUNTS III-X OF ARRAY TECHNOLOGIES, INC.'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**

Frank Scherkenbach (admitted *pro hac vice*)
FISH AND RICHARDSON PC
One Marina Park Dr.
Boston, MA 02210-1878
Tel: (617) 521-7883
Email: scherkenbach@fr.com

Betty Chen (admitted pro hac vice)
FISH & RICHARDSON PC
500 Arguello St., Ste. 500
Redwood City, CA 94063
Tel: (650) 839-5070
Email: bchen@fr.com

*Counsel for Defendants NEXTracker, Inc., Daniel S. Shugar, Marco Garcia, Flextronics International USA, Inc., and Scott Graybeal*

Andrew G. Fiorella (admitted *pro hac vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Sq., Ste.2300
Cleveland, OH 44114
Tel: (216) 363-4500
Email: afiorella@beneschlaw.com

*Counsel for Defendants NEXTracker, Inc., Flextronics International USA, Inc., Scott Graybeal, and Colin Mitchell*

Robert E. Hanson
Matthew E. Jackson
PEIFER, HANSON & MULLINS, P.A.
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel: (505) 247-4800
Email: rhanson@peiferlaw.com
mjackson@peiferlaw.com

*Counsel for Defendants*

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants Colin Mitchell ("Mitchell"), NEXTracker ("NEXTracker"), Marco Garcia ("Garcia"), Daniel S. Shugar ("Shugar"), Scott Graybeal ("Graybeal") and Flextronics International U.S.A. ("Flex") (collectively "Defendants") hereby move the Court to dismiss Counts III-X of Plaintiff Array Technologies, Inc.'s ("ATI") Amended Complaint (D.I. 52) for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6).[1]

On January 1, 2017, ATI filed a Complaint against Colin Mitchell, NEXTracker, and Marco Garcia. (D.I. 1). ATI asserted breach of contract, breach of covenant of good faith and fair dealing, and breach of fiduciary duty against Mitchell; tortious interference with contract against NEXTracker and Garcia; and violations of the Defend Trade Secrets Act (18 U.S.C. § 1836) and New Mexico Uniform Trade Secrets Act (NMSA 1978, § 57-3A-1 et seq.), conversion, and unjust enrichment/restitution against all three defendants. (D.I. 52 at ¶¶ 59-140). On March 10, 2017, Garcia, Mitchell, and NEXTracker answered ATI's Complaint. (D.I. 20). On August 30, 2017, ATI filed an Amended Complaint adding defendants Shugar, Graybeal, and Flex, as well as fraud and unfair practices claims against all defendants. (D.I. 52).

Defendants move to dismiss the following counts of ATI's Amended Complaint for failure to state a claim under Federal Rules of Civil Procedure 12(b)(6):

- Breach of Contract (Count III) because ATI has failed to plead the required elements of breach or damages.

---

[1] Defendants' deadline to answer ATI's claims as to Counts I and II is tolled by way of the instant motion. *See In re Vaughan Co., Realtors,* 477 B.R. 206, 226 (Bankr. D.N.M. 2012) (holding that a pending motion to dismiss, although it may only address some of the claims alleged, tolls the time to respond to all claims under Rule 12(a)(4)); *see also Talbot v. Sentinel Ins. Co., Ltd.*, 2012 WL 1068763, *4 (D.Nev. Mar. 29, 2012) (surveying the case law).

- Breach of Covenant of Good Faith and Fair Dealing (Count IV) because ATI's pleading of this claim is coextensive with its breach of contract claim and therefore fails for the same reasons.
- Breach of Fiduciary Duty (Count V) because ATI has not plead any relationship that gives rise to a breach of fiduciary duty, and has not plead any breach or damages.
- Tortious Interference with Contract (Count VI) because ATI has not adequately plead the required elements of causation, breach, damages, or knowledge.
- Conversion (Count VII) because the claim is preempted by ATI's trade secret misappropriation claims (Counts I and II).
- Unjust Enrichment/Restitution (Count VIII) because ATI has failed to plead any benefit to NEXTracker, and its claim is preempted by ATI's other claims.
- Fraud and Constructive Fraud (Count VIII) because ATI has failed to plead any duty to speak.
- New Mexico Unfair Trade Practices Act (Count IX) because ATI has failed to plead that any misleading statements were made in connection with the sale of goods or services.

Pursuant to D.N.M.LR-Civ 7.1(a), undersigned counsel have conferred with opposing counsel and determined that the motion is opposed.

For the reasons stated in Defendants' accompanying memorandum of points and authorities, Defendants respectfully request the Court to grant their motion.

Dated: October 16, 2017

Respectfully submitted,

By: */s/ Matthew E. Jackson*
Robert E. Hanson
Matthew E. Jackson
PEIFER, HANSON & MULLINS, P.A.
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel: (505) 247-4800
Fax: (505) 243-6458
Email: rhanson@peiferlaw.com
mjackson@peiferlaw.com

*Counsel for Defendants*

*-and-*

FISH & RICHARDSON PC
Frank Scherkenbach (*admitted pro hac vice*)
One Marina Park Dr.
Boston, MA 02210-1878
Tel: (617) 521-7883
Fax: (617) 542-8906
Email: scherkenbach@fr.com

Betty Chen (*admitted pro hac vice*)
500 Arguello St., Ste. 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071
Email: bchen@fr.com

*Counsel for Defendants NEXTracker, Inc., Daniel S. Shugar, Marco Garcia, Flextronics International USA, Inc., and Scott Graybeal*

*-and-*

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Andrew G. Fiorella (admitted *pro hac vice*)
200 Public Sq., Ste.2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588
Email: afiorella@beneschlaw.com

Nicholas J. Secco (admitted *pro hac vice*)
Trevor J. Illes (admitted *pro hac vice*)
333 West Wacker Dr., Ste. 1900
Chicago, IL 60606
Tel: (312) 212-4949
Fax: (312) 767-9192
Email: NSecco@beneschlaw.com
TIlles@beneschlaw.com

*Counsel for Defendants NEXTracker, Inc., Flextronics International USA, Inc., Scott Graybeal, and Colin Mitchell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2017, the foregoing Defendants' Notice and Motion to Dismiss Plaintiff Array Technologies, Inc.'s Motion and Motion to Dismiss Plaintiff Array Technologies, Inc.'s Complaint was served by electronic mail upon the below listed counsel of record:

David F. Cunningham
Daniel H. April
THOMPSON, HICKEY, CUNNINGHAM,
CLOW, APRIL & DOLAN, P.A.
460 St. Michael's Dr., Ste. 1000
Santa Fe, NM 87505
Tel: (505) 988-2900
Fax: (505) 988-2901
Email: dfc@catchlaw.com
dan_april@catchlaw.com

Attorneys for Plaintiff
ARRAY TECHNOLOGIES, INC.

Kurt Wihl
Nathan S. Stimson
William Spencer Reid
KELEHER & MCLEOD
PO Drawer AA
Albuquerque, NM 87103
Tel: (505) 346-4646
Fax: (505) 346-1370
Email: sr@keleher-law.com
nss@keleher-law.com
sr@keleher-law.com

Attorneys for Plaintiff
ARRAY TECHNOLOGIES, INC.

PEIFER, HANSON & MULLINS, P.A.

By: *Matthew E. Jackson*
Matthew E. Jackson