UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARRAY TECHNOLOGIES, INC.,

    Plaintiff,

vs.                                                    No. 17 CV 0087 JAP/LF

COLIN MITCHELL,
NEXTRACKER,
MARCO GARCIA,
DANIEL S. SHUGAR,
SCOTT GRAYBEAL,
FLEXTRONICS INTERNATIONAL USA, INC.,

    Defendants.

## ORDER OF PARTIAL DISMISSAL

In accordance with the MEMORANDUM OPINION AND ORDER entered herewith the Court dismisses the following claims from the AMENDED COMPLAINT (Doc. No. 52):

    1.    The claim in Count Eight for unjust enrichment/restitution against Defendant Colin Mitchell is dismissed with prejudice; and

    2.    The claim in Count Ten for violation of the New Mexico Unfair Practices Act against all Defendants is dismissed with prejudice.

                                                  _____
                                                  SENIOR UNITED STATES DISTRICT JUDGE