# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ARRAY TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>COLIN MITCHELL, an individual;<br>NEXTRACKER, a Delaware corporation;<br>MARCO GARCIA, an individual;<br>DANIEL S. SHUGAR, an individual;<br>SCOTT GRAYBEAL, an individual; and<br>FLEXTRONICS INTERNATIONAL U.S.A.,<br>INC., a California corporation.<br><br>    Defendants. | Civil Action No. 1:17-cv-00087-JAP-LF<br><br>**FILED UNDER SEAL**<br><br>**(REDACTED VERSION)** |

## DECLARATION OF KATHERINE D. PRESCOTT IN SUPPORT OF NEXTRACKER'S OPPOSITION TO ARRAY TECHNOLOGY, INC.'S MOTION TO COMPEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(a)