# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEW MEXICO

**ARRAY TECHNOLOGIES, INC.**,

     Plaintiff,

v.

**COLIN MITCHELL**, an individual;
**NEXTRACKER, INC.**, a Delaware
corporation;
**MARCO GARCIA**, an individual;
**DANIEL S. SHUGAR**, an individual;
**SCOTT GRAYBEAL**, an individual;
**FLEXTRONICS INTERNATIONAL
U.S.A., INC.**, a California corporation,

     Defendants.

Civil No. 1:17-cv-00087-JCH-LF

District Judge Judith C. Herrera
Magistrate Judge Laura Fashing

---

## STIPULATION RE: EXPERT WITNESS EVIDENTIARY HEARING

The parties, by and through their counsel, hereby respectfully submit this stipulation regarding the evidentiary hearing currently scheduled for August 11, 2020 related to Defendants' Motion to Exclude Testimony of Robert E. Parkins (ECF No. 471), Plaintiff's Motion to Exclude Opinions and Testimony from Defendants' Expert Christopher A. Vellturo (ECF No. 482), and Plaintiff's Motion to Exclude Expert Opinions and Testimony of Michael Joseph Stern (ECF No. 481) (collectively the "Motions").

Consistent with the Court's order dated July 21, 2020 (ECF No. 531), the parties stipulate and agree that an evidentiary hearing is not needed on any of the Motions.

Dated: July 27, 2020.

By:   /s/ *Michael J. Howell*

Kirk R. Harris (admitted *pro hac vice*)
  *kharris@mabr.com*
David R. Wright (admitted *pro hac vice*)
  *dwright@mabr.com*
Michael J. Howell (admitted *pro hac vice*)
  *mhowell@mabr.com*
Paxton M. Lewis (admitted *pro hac vice*)
  *plewis@mabr.com*
MASCHOFF BRENNAN
111 S. Main Street, Suite 600
Salt Lake City, UT 84111
(801) 297-1850

Tyson Hottinger (admitted *pro hac vice*)
  *thottinger@mabr.com*
Erynn Embree (admitted *pro hac vice*)
  *eembree@mabr.com*
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
(949) 202-1900

Jennifer G. Anderson
  *jennifer.anderson@modrall.com*
MODRALL SPERLING
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
(505) 848-1800

Attorneys for Plaintiff Array
Technologies, Inc.

By:   /s/ *Leeron Kalay* (signed with permission)

Betty Chen (*pro hac vice*)
  *bchen@fr.com*
Katherine D. Prescott (*pro hac vice*)
  *prescott@fr.com*
Esha Bandyopadhyay (*pro hac vice*)
  *esha@fr.com*
Leeron Kalay (*pro hac vice*)
  *kalay@fr.com*
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

Frank Scherkenbach (*pro hac vice*)
  *scherkenbach@fr.com*
FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA
(617) 521-7883

Robert E. Hanson
  *rhanson@peiferlaw.com*
Matthew E. Jackson
  *mjackson@peiferlaw.com*
PEIFER, HANSON & MULLINS, P.A.
Post Office Box 25245
Albuquerque, NM 87125-5245
(505) 247-4800

Attorneys for Defendants NEXTracker, Inc.,
Marco Garcia, Daniel S. Shugar, Scott
Graybeal, Flextronics International U.S.A., Inc.

By:   /s/ *Eric R. Burris* (signed with permission)
Eric R. Burris
  *eburris@bhfs.com*
Carrie E. Johnson (*pro hac vice*)
  *cjohnson@bhfs.com*

BROWNSTEIN HYATT FARBER
SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
(505) 244-0770

Attorneys for Defendant Colin Mitchell

**Certificate of Service**

I certify that on July 27, 2020 I caused a true and correct copy of the foregoing

**STIPULATION RE: EXPERT WITNESS EVIDENTIARY HEARING** to be served upon the

following counsel of record via CM/ECF:

Matthew Eric Jackson
 mjackson@peiferlaw.com
Robert E. Hanson
 rhanson@peiferlaw.com
PEIFER, HANSON, & MULLINS P.A.
P.O. Box 25245
Albuquerque, NM 87125
(505) 247-4800

Betty Chen
 bchen@fr.com
Katherine D. Prescott
 prescott@fr.com
Esha Badyopadhyay
 esha@fr.com
Leeron Kalay
 kalay@fr.com
Joshua K. Day
 day@fr.com
 NEXTracker/ATIFRService@fr.com
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

Frank Scherkenbach
 scherkenbach@fr.com
FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA 02210
(617) 521-7883

Cassandra R. Malone
 crmalone@bhfs.com
Eric Burris
 eburris@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
(505) 724-9587

By: /s/ *Michael J. Howell*