IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW MEXICO

| | |
|---|---|
| **ARRAY TECHNOLOGIES, INC.**,<br><br>     Plaintiff,<br><br>v.<br><br>**COLIN MITCHELL**, an individual;<br>**NEXTRACKER, INC.**, a Delaware corporation;<br>**MARCO GARCIA**, an individual;<br>**DANIEL S. SHUGAR**, an individual;<br>**SCOTT GRAYBEAL**, an individual;<br>**FLEXTRONICS INTERNATIONAL U.S.A., INC.**, a California corporation,<br><br>     Defendants. | Civil No. 1:17-cv-00087-JCH-LF<br><br>District Judge Judith C. Herrera<br>Magistrate Judge Laura Fashing |

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's Status Report Order dated November 2, 2021 (Dkt. No. 550), plaintiff Array Technologies, Inc. and defendants Colin Mitchell, NEXTracker, Inc., Marco Garcia, Daniel Shugar, Scott Graybeal, and Flextronics International U.S.A, Inc., hereby inform the Court that the parties will conduct a private mediation on February 11, 2021 before private mediator Antonio Piazza.

Dated: November 19, 2021

By:  /s/ *Kirk R. Harris*                                                                                                        By:
     Kirk R. Harris (admitted *pro hac vice*)
        kharris@mabr.com
     MASCHOFF BRENNAN
     111 S. Main Street, Suite 600

1

Salt Lake City, UT 84111
(801) 297-1850

Erynn Embree (admitted *pro hac vice*)
   *eembree@mabr.com*
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
(949) 202-1900

Jennifer G. Anderson
   *jennifer.anderson@modrall.com*
MODRALL SPERLING
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
(505) 848-1800

Attorneys for Plaintiff Array Technologies, Inc.

By:

## Certificate of Service

I certify that on November 19, 2021 I caused a true and correct copy of the foregoing **JOINT STATUS REPORT RE MEDIATION** to be served upon the following counsel of record via CM/ECF:

Matthew Eric Jackson
  mjackson@peiferlaw.com
Robert E. Hanson
  rhanson@peiferlaw.com
PEIFER, HANSON, & MULLINS P.A.
P.O. Box 25245
Albuquerque, NM 87125
(505) 247-4800

Betty Chen
  bchen@fr.com
Katherine D. Prescott
  prescott@fr.com
Esha Badyopadhyay
  esha@fr.com
Leeron Kalay
  kalay@fr.com
  NEXTracker/ATIFRService@fr.com
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

Frank Scherkenbach
  scherkenbach@fr.com
FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA 02210
(617) 521-7883

Eric Burris
  eburris@bhfs.com
Carrie E. Johnson (pro hac vice)
  cjohnson@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
(505) 724-9587

By: /s/ *Kirk R. Harris*