## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ARRAY TECHNOLOGIES, INC.,

       Plaintiff,

vs.                                                    Cause No. 1:17-cv-0087-JCH/LF

COLIN MITCHELL, an individual,
NEXTRACKER, a Delaware Corporation,
MARCO GARCIA, an individual,
DANIEL S. SHUGAR, an individual,
SCOTT GRAYBEAL, an individual,
FLEXTRONICS INTERNATIONAL U.S.A., INC.,
A California Corporation,

       Defendants.

### NOTICE OF RESOLUTION

Plaintiff Array Technologies, Inc. notifies the Court that the parties have reached an agreement that resolves all claims in this lawsuit. The parties placed the essential terms of the settlement, which are binding and enforceable, on the record before the Magistrate Judge Karen Molzen on July 15, 2022.  The parties are working on resolution and dismissal documentation and will file all necessary pleadings upon completion.

Respectfully submitted,

MODRALL SPERLING ROEHL HARRIS & SISK, PA

By:  */s/ Jennifer G. Anderson*
       Jennifer G. Anderson
       Mia K. Lardy
       500 Fourth Street NW, Suite 1000
       Albuquerque, NM 87102
       Tel: (505) 848-1800
       *jga@modrall.com*
       *mlk@modrall.com*
       and

       MASCHOFF BRENNAN
       Kirk R. Harris
       Jared J. Braithwaite
       Sterling A. Brennan

Lannie Rex Sears
111 Main Street, Suite 600
Salt Lake City, UT 84111
(801) 297-1850
*KHarris@mabr.com*
*JBraithwaite@mabr.com*
*sbrennan@mabr.com*
*rsears@mabr.com*

Tyson K. Hottinger
Thomas P. Krzeminski
Carol A. Hanna
20 Pacifica, Suite 1130
Irvine, CA 92618
Tel: (949) 202-1900
*thottinger@mabr.com*
*tkrzeminski@mabr.com*
*channa@mabr.com*

Charles J. Veverka
Maschoff Brennan
1389 Center Drive, Suite 300
Park City, UT 84098
Tel: (435) 252-1360
*cveverka@mabr.com*

*Attorneys for Plaintiff Array Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of July, 2022, I filed the foregoing electronically

through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means, as more fully reflected on the notice of electronic filing.

Matthew Eric Jackson
Robert E. Hanson
PEIFER, HANSON, & MULLINS P.A.
P.O. Box 25245
Albuquerque, NM 87125
(505) 247-4800
*mjackson@peiferlaw.com*
*rhanson@peiferlaw.com*

Sara C. Fish
FISH & RICHARDSON PC
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
(404) 892-5005
*sfish@fr.com*

Betty Chen
Jeanel N. Sunga
David M. Barkan
Katherine D. Prescott
Esha Bandyopadhyay
Leeron Kalay
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
*bchen@fr.com*
*sunga@fr.com*
*barkan@fr.com*
*prescott@fr.com*
*esha@fr.com*
*kalay@fr.com*

Frank Scherkenbach
Jacob B. Pecht
FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA 02210
(617) 521-7883
*scherkenbach@fr.com*
*pecht@fr.com*
*Attorneys for Defendants NEXTracker, Gacia,*
*Shugar, Graybeal and Flextronics International*
*U.S.A., Inc.*


Modrall Sperling Roehl Harris & Sisk, PA

By: */s/ Jennifer G. Anderson*
      Jennifer G. Anderson