**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARRAY TECHNOLOGIES, INC., a New Mexico corporation,

Plaintiff,

v.

COLIN MITCHELL, an individual; NEXTRACKER, INC., a Delaware corporation; MARCO GARCIA, an individual; DANIEL S. SHUGAR, an individual; SCOTT GRAYBEAL, an individual; and FLEXTRONICS INTERNATIONAL U.S.A., INC., a California corporation,

Defendants.

Civil No. 1:17-cv-00087-JCH-LF

District Judge Judith C. Herrera
Magistrate Judge Laura Fashing

**THE PARTIES' *JOINT* MOTION FOR APPROVAL OF STIPULATION AND ENTRY OF PROPOSED ORDER RE: (1) DISMISSAL OF ACTION WITH PREJUDICE; AND (2) COURT'S RETENTION OF JURISDICTION TO ENFORCE THE PARTIES' FINAL SETTLEMENT AGREEMENT**

Plaintiff Array Technologies, Inc. (now known as Array Tech, Inc.), on the one hand, and defendants Colin Mitchell, Nextracker, Inc. (now known as Nextracker LLC), Marco Garcia, Daniel S. Shugar, Scott Graybeal, and Flextronics International U.S.A. Inc., on the other hand, hereby *jointly* move and request the above-entitled Court to approve and enter its order on the parties' "Stipulation and [Proposed] Order Re: (1) Dismissal of Action with Prejudice; and (2) Court's Retention of Jurisdiction to Enforce the Parties' Final Settlement Agreement" ("Proposed Order Re Dismissal") submitted herewith. The parties also are submitting to the Court herewith a joint letter brief that explains the reasons for their unified request that the Court enter the Proposed Order Re Dismissal.

Respectfully submitted,

MODRALL SPERLING ROEHL HARRIS & SISK, PA

MASCHOFF BRENNAN GILMORE ISRAELSEN, PLLC

By: /s/ *Sterling A. Brennan*
Sterling A. Brennan

Attorneys for Plaintiff ARRAY TECHNOLOGIES, INC.

Dated: September 28, 2022

PEIFER, HANSON, MULLINS, & BAKER, P.A.

FISH & RICHARDSON, PC

By: /s/ *Betty H. Chen*
Betty H. Chen

Attorneys for Defendants COLIN MITCHELL, NEXTRACKER, INC., FLEXTRONICS INTERNATIONAL U.S.A., INC., MARCO GARCIA, DANIEL S. SHUGAR, and SCOTT GRAYBEAL

Dated: September 28, 2022