# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| ARRAY TECHNOLOGIES, INC., a New Mexico corporation, | |
| Plaintiff, | |
| v. | Civil No. 1:17-cv-00087-JCH-LF |
| COLIN MITCHELL, an individual; NEXTRACKER, INC., a Delaware corporation; MARCO GARCIA, an individual; DANIEL S. SHUGAR, an individual; SCOTT GRAYBEAL, an individual; and FLEXTRONICS INTERNATIONAL U.S.A., INC., a California corporation, | District Judge Judith C. Herrera Magistrate Judge Laura Fashing |
| Defendants. | |

**STIPULATION AND** [PROPOSED] **ORDER RE: (1) DISMISSAL OF ACTION WITH PREJUDICE; AND (2) COURT'S RETENTION OF JURISDICTION TO ENFORCE THE PARTIES' FINAL SETTLEMENT AGREEMENT**

WHEREAS, the parties to the above-captioned action (the "Action") having entered into a confidential written "Settlement and Release Agreement" (the "Agreement") that provides for, among other things: (a) payment of a certain sum by a specified deadline; and (b) the dismissal of the Action in its entirety with prejudice, subject to, under authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court's retention of jurisdiction of the Action and over the parties solely to, if necessary, adjudicate an alleged breach, the validity, the enforceability, or the application, or to interpret any disputed provisions, of the parties' Agreement,

NOW, THEREFORE, based upon the stipulation of the parties and the terms and conditions of the Agreement, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The parties shall comply with the terms and conditions of the Agreement;

2. By consent of the parties, the Court shall retain jurisdiction of the Action and over the parties solely to adjudicate an alleged breach, the validity, the enforceability, or the application, or to interpret any dispute provisions, of the Agreement; and

[Balance of Page Intentionally Left Blank]

3.   Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Action is otherwise hereby dismissed in its entirety with prejudice, with each side to bear its own attorney's fees, expenses, and costs, except as otherwise provided for by the parties in the Agreement.

Dated: _____

_____
Hon. Judith C. Herrera
Senior United States District Judge


THE FOREGOING IS STIPULATED AND AGREED TO ON BEHALF OF ALL PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD IN THE ACTION:

MODRALL SPERLING ROEHL HARRIS & SISK, PA

MASCHOFF BRENNAN GILMORE ISRAELSEN, PLLC

By: /s/ Sterling A. Brennan
Sterling A. Brennan

Attorneys for Plaintiff ARRAY TECHNOLOGIES, INC.

Dated: September 28, 2022

PEIFER, HANSON, MULLINS, & BAKER, P.A.

FISH & RICHARDSON, PC

By: /s/ Betty H. Chen
Betty H. Chen

Attorneys for Defendants COLIN MITCHELL, NEXTRACKER, INC., FLEXTRONICS INTERNATIONAL U.S.A., INC., MARCO GARCIA, DANIEL S. SHUGAR, and SCOTT GRAYBEAL

Dated: September 28, 2022